UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE HARRIMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REMINGTON LODGING & HOSPITALITY, LLC,<br><br>　　　　Defendant. | Case No. 19-cv-04225-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 13 |

　　　Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: December 13, 2019

_____
WILLIAM H. ORRICK
United States District Judge